■ WILLIAM T. BRADLEY, Appellant-Respondent, v KATHRYN L. BRADLEY, Respondent-Appellant. [715 NYS2d 350] —Judgment unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Doyle, J. (Appeals from Judgment of Supreme Court, Allegany County, Doyle, J.—Matrimonial.) Present—Pine, J. P., Hayes, Wisner, Kehoe and Lawton, JJ.